**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

W.E. BAILEY & SON, INC., d/b/a
WAYNE E. BAILEY PRODUCE COMPANY

        Plaintiff,

vs.                                       Case No. 3:08-cv-814-J-32MCR

FRADEN'S PRODUCE, INC.,
SHELLEY ALTERMAN, ANDREW FRADEN,
WILLIAM FRADEN, and ZELDA FRADEN

        Defendants.

## **ORDER**

This case, brought pursuant to the Perishable Agricultural Commodities Act, is before the Court on Plaintiff W.E. Bailey & Son, Inc.'s Motion for Default Judgment against defendants Shelly Alterman, William Fraden, and Fraden's Produce, Inc. (Doc. 18.) This Court previously entered a final default judgment against defendants Andrew Fraden and Zelda Fraden. (Doc. 10.) Plaintiff has since effected service on the three remaining defendants (Docs. 12, 13, 14), who have yet to file an appearance in this action. The Clerk entered defaults against the three remaining defendants on March 4, 2010 (Docs. 19, 20, 21), and Plaintiff now seeks final default judgment against these defendants in the amount of $22,750.00. (Doc. 18.) This amount represents payment owed for produce, specifically "Playboy Sized Sweet Potatoes," sold to Fraden's Produce between January 4, 2008 and May 26, 2008.

(Doc. 8-2.) Plaintiff has sufficiently proven its damages through supporting evidence, including an affidavit and invoices. (Doc. 8-2.) Upon consideration, the Court finds default judgment is now due to be entered in plaintiff's favor and against defendants Shelly Alterman, William Fraden, and Fraden's Produce, Inc. in the amount of $22,750.00 pursuant to Fed.R.Civ.P. 55(b). Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's Motion for Default Judgment against Shelly Alterman, William Fraden, and Fraden's Produce, Inc. (Doc. 18) is **GRANTED**.

2. The Clerk is directed to enter a default judgment in favor of plaintiff, W.E. BAILEY & SON, INC., and against defendants SHELLY ALTERMAN, WILLIAM FRADEN, and FRADEN'S PRODUCE, INC., jointly and severally, in the amount of $22,750.00. This judgment is also joint and several with the previous Final Default Judgment entered jointly and severally against defendants Andrew Fraden and Zelda Fraden. (Doc. 11.)

3. Thereafter, the Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of April, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

jmm
Copies:
counsel of record